# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED _____ LODGED
_____ RECEIVED
Nov 22, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Black iPhone in Black OtterBox case (Device), More fully described in Attachment A )

Case No. 3:21-mj-05193

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

A Black iPhone in Black OtterBox case (Device), further described in Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    October 1, 2021    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any U.S. Magistrate Judge in this District   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    09/17/2021    1:34 pm      *Theresa L. Fricke*
                                                                                                                                  *Judge's signature*

City and state:    Tacoma, Washington        Theresa L. Fricke, U.S. Magistrate Judge
                                                                                                                                                     *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| NP21200172 | 9/28/2021 1300 | – suspect in custody |

Inventory made in the presence of: DET. J. WALDO KENT PD

Inventory of the property taken and name(s) of any person(s) seized:

DOWNLOAD OF BLACK iPHONE IN BLACK OTTERBOX CASE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/28/2021
Recieved: 11-18-2021
MW Christel
Mag. Judge

*Executing officer's signature*

Susannah Lustig, Special Agent
*Printed name and title*